# EXHIBIT 1

**Transfers - Ross Metals Corporation**

Transfers  $  1,907,521.40

| Date | Cash Transfers (USD) | Gold Tranfers (USD) | Silver Transfers (USD) | Platinum Transfers (USD) | Palladium Transfers (USD) | Total Metal Transfers (USD) | Total Transfers (USD) |
|---|---|---|---|---|---|---|---|
| 8/6/2018 | $ 225,000.00 | $ - | $ - | $ - | $ - | $ - | $ 225,000.00 |
| 8/14/2018 | $ 120,872.38 | $ - | $ - | $ - | $ - | $ - | $ 120,872.38 |
| 8/29/2018 | $ 385,020.00 | $ - | $ - | $ - | $ - | $ - | $ 385,020.00 |
| 10/1/2018 | $ - | $ 11,893.50 | $ - | $ - | $ - | $ 11,893.50 | $ 11,893.50 |
| 10/2/2018 | $ 549,150.62 | $ - | $ - | $ - | $ - | $ - | $ 549,150.62 |
| 10/9/2018 | $ 53,315.50 | $ - | $ - | $ - | $ - | $ - | $ 53,315.50 |
| 10/10/2018 | $ 195,020.00 | $ - | $ - | $ - | $ - | $ - | $ 195,020.00 |
| 10/11/2018 | $ 7,229.40 | $ - | $ - | $ - | $ - | $ - | $ 7,229.40 |
| 10/17/2018 | $ 360,020.00 | $ - | $ - | $ - | $ - | $ - | $ 360,020.00 |
| Total | $ 1,895,627.90 | $ 11,893.50 | $ - | $ - | $ - | $ 11,893.50 | $ 1,907,521.40 |